General Complaint

FILED CLERK
U.S. DISTRICT COURT

2017 OCT -4   PM 4:07

IN THE UNITED STATES DISTRICT COURT EASTERN
FOR THE EASTERN DISTRICT OF TEXAS

BY

Chelsea Connor
Plaintiff

Case Number : _____

_____
List the full name of each plaintiff in this action.

VS.

Warfab Oilfield Services
Defendant

_____
List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.      ATTEMPT TO SECURE COUNSEL:

        Please answer the following concerning your attempt to secure counsel.

        A.      In the preparation of this suit, I have attempted to secure the aid of an
                attorney as follows: (circle one)

                1.      Employ Counsel
                2.      Court - Appointed Counsel
                3.      Lawyer Referral Service of the State Bar of Texas,
                        P. O. Box 12487, Austin, Texas 78711.

        B.      List the name(s) and address(es) of the attorney(s):

                _____

                _____

                _____

C.   Results of the conference with counsel:

_____

_____

_____

II.   List previous lawsuits:

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents?  ✓ Yes  ___No

B.   If your answer to "A" is "yes",  describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

1.   Approximate file date of lawsuit:  2011

2.   Parties to previous lawsuit(s):

Plaintiff  Chelsea Connor

Defendant  Anvil International

Attach a separate piece of paper for additional plaintiffs or defendants.

3.   Identify the court the lawsuit was filed. If federal, name the district.  If state, name the county.

HERE

4.   Docket number in other court.  1100178

5.   Name of judge to whom the case was assigned.

_____

6.   Disposition: Was the case dismissed, appealed or still pending?

Settlement

7.   Approximate date of disposition. _____

III.    Parties to this suit:

    A.    List the full name and address of each plaintiff:

        Pla #1 _Chelsea Connor_

        _207 E. Sycamore Lane Unit B_

        _Longview Tx 75604_

        Pla #2 _____

    B.    List the full name of each defendant, their official position, place of employment and full mailing address.

        Dft #1: _War fab Oilfield Services_

        _Registered Agent Mitch Motley_

        _1127 Judson Rd Suite 211 Longview Tx 75601_

        Dft #2: _Monica Cole - HR_

        Dft #3 _____

Attach a separate sheet for additional parties.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

Warfab Oilfield Service Management
floor staff & employee on 11/09/16 -
11/16/16 while Plaintiff was employed
d wrongfully terminated was constantly
monitored, treated unfairly, singled out,
discriminated against under Title VII.
On 11/07/16 Plaintiff went to training
At Hallsville office (Warfab) after training
Monica Cole did not provide plaintiff
with hand book, job description of
what my position was. Plaintiff first day
11/09/16 was placed on drill machine
where I was qualified/never operated
before. Plaintiff was traind Approximately
3 to 4 hours and Roy supervisor mored
Alan (trainer). I wasn't properly traind
I had to constantly go get Richard to
help me. This was a conspiracy so I wouldn't
succeed to have a reason to fire me for low
production. Staff & employees constantly
harrassing me, going in office switching on me,
going to go get management/staff come catch me
or nadd yes to them to.

V.    Relief: State Briefly exactly what you want the court to do for you.  Make no legal
      arguments and do not cite cases or statutes.  Attach additional pages if necessary.

Your Honor - Motion to Proceed
Motion To Serve Defendants
Registered Agent Mitch McHey
1127 Judson Rd Suite 211 Longview TX 75601

Signed this ___4ih___ day of ___October___, 20 _17_.
                                    (Month)                    (Year)

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: _____
                            Date

_____
_____
_____Chelsea Cannon_____
                 Signature of each plaintiff

CIVIL CASE

COVER SHEET

CHELSEA CONNOR

PLAINTIFF

207 E. SYCAMORE LANE UNIT B
LONGVIEW, TEXAS 75604
903-631-9090

VS

WARFAB OILFIELD SERVICES
REGISTERED AGENT
MITCH MOTLEY
1127 JUDSON ROAD SUITE 211
LONGVIEW, TEXAS 75601
DEFENDANT

IN THE U.S. DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

TO THE HONORABLE JUDGE OF SAID COURT:

TYPE  OF ACTIONS

CONSPIRACY WRONGFUL TERMINATION

WORKPLACE CONSPIRACY

PATTERN OF ORGANIZATION

WORKPLACE TORT

CREATED HOSTILE WORK ENVIRONMENT

FAILED TO PROVIDE A SAFE WORK ENVIRONMENT

FAILED TO PROVIDE PLAINTIFF TRAINING TO SUCCEED

DISCRIMINATED AGAINST FOR AGE, RACE, COLOR, AND SEX

NO_____

CHELSEA CONNOR

VS

WARFAB OILFIELD SERVICES

PLAINTIFF ORIGINAL PETITION

AND REQUEST FOR RULE 194 DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, CHELSEA CONNOR, PLAINTIFF HEREIN,
COMPLAINING OF WARFAB OILFIELD SERVICES, UNDER DISC-
OVERY LEVEL III, AND WOULD RESPECTFULLY SHOW THE COURT
AS FOLLOWS:

1.0  PLAINTIFF IS A CITIZEN AND RESIDENT OF LONGVIEW,
HARRISON GREGG COUNTY TEXAS.

2.0 DEFENDANT WARFAB OILFIELD SERVICES IS A TEXAS
CORPORATION WHICH RESIDES IN LONGVIEW HALLSVILLE
TEXAS WHICH HAS QUALIFIED AND DOES CONDUCTS ITS
BUSINESS IN TEXAS, AND MAY BE SERVED PROCESS BY
SERVING ITS REGISTERED AGENT FOR SERVICE MITCH MOTLEY
1127 JUDSON ROAD SUITE 211 LONGVIEW, TEXAS 75601.

OCTOBER 04,2017


MRS. SHERRY GRIFFIS
DISTRICT CLERK OF HARRISON COUNTY
200 WEST HOUSTON STREET. SUITE 234
MARSHALL, TEXAS 75670


RE: CHELSEA CONNOR VS WARFAB OILFIELD SERVICES
    CAUSE NO_____ (NEW CASE)

DEAR MRS. GRIFFIS

    ENCLOSED IS THE ORIGINAL AND TWO COPIES OF THE

PLAINTIFF"S ORIGINAL PETITION ALONG WITH MY PAYMENT

OF $400.00 FOR FILING FEE, JURY FEE, AND ISSUANCE OF

ONE CITATION FOR PERSONAL SERVICE.


    PLEASE ISSUE THE CITATION AS FOLLOWS:


    1. DEFENDANT, WARFAB OILFIELD SERVICES, MAY BE

SERVED PROCESS BY SERVING ITS REGISTERED AGENT FOR

SERVICE, MITCH MOTLEY 1127 JUDSON ROAD SUITE 211

LONGVIEW, TEXAS 76501.




                                    CHELSEA CONNOR
                                    207 E.SYCAMORE
                                    LANE UNIT B
                                    LONGVIEW, TX
                                    75604

3.0 THE COURT HAS JURISDICTION IN THE AMOUNT IN
CONTROVERSY IS IN EXCESS OF JURISDICTIONAL MINIMUM
LIMIT FOR THIS COURT. THERE IS EXCLUSIVE JURISDICTION
AS TO THE CLAIM BROUGHT ONTO THE TEXAS COMMISSION ON
HUMAN RIGHTS ACT, AND CONCURRENT JURISDICTION WITH THE
FEDERAL COURTS IN REGARDS TO THE TITLE VII CLAIMS.
THE COURT HAD PERMISSIVE VENUE OVER SUCH CONTROVERSY
IN THAT ALL OR A SUBSTANTIAL PORTION OF THE ACTS AND
OMISSIONS WHICH ARE SUBJECT AND OR BASIS FOR THE
SUIT OCCURRED IN GREGG COUNTY,TEXAS.

CONDITIONS PRECEDENT;

4.0 THE PLAINTIFF HAS TIMELY INITIATED COMPLAINTS
AGAINST THE EMPLOYER WITH THE TEXAS WORKFORCE
COMMISSION CIVIL RIGHTS DIVISION FOR RETALIATORY.
VIOLATIONS OF THE TEXAS COMMISSION ON HUMAN RIGHTS
ACT (TEXAS LABOR CODE 21.05 I etSEQ) and TITLE VII
VIOLATIONS SUCH ACTIONS ARE RIGHT FOR SUIT AS A
RIGHT TO SUE LETTER HAS BEEN ISSUED RELEASING THE
PLAINTIFF FROM ADMINISTRATIVE REVIEW IN REGARDS
TO SUCH CLAIMS.
DISCRIMINATION UNDER TITLE VII OR TCHRA:
5.0 PLAINTIFF IS AN EMPLOYEE WITHIN THE MEANING OF
TITLE VII AND TCHRA IN THAT PLAINTIFF BELONGS TO A
CLASS PROTECTED UNDER THE STATUE, A BLACK FEMALE.
6.0 DEFENDANT IS AN EMPLOYER WITHIN THE MEANING OF
TITLE VII AND OR EQUIVALENT STATE STATUES.

7.0 DEFENDANT IS INTENTIONALLY DISCRIMINATING AGAINST
PLAINTIFF BECAUSE OF HER RACE IN VIOLATION OF TITLE VII
OF THE CIVIL RIGHTS ACT OF 1964.

8.0 DEFENDANT INTENTIONALLY DISCRIMINATED AGAINST
PLAINTIFF BECAUSE OF AGE 40  or OLDER IN VIOLATION OF
THE AGE DISCRIMINATION IN EMPLOYMENT ACT OF 1967 (ADEA

9.0 PLEADING FURTHER IN THE ALTERNATIVE, IN THE EVENT
THAT, AND TO THE EXTENT THAT THE DEFENDANT ALLEGES ANY
RACE NEUTRAL BASIS FOR SUCH ADVERSE EMPLOYMENT ACTION,
SUCH AS RACE NEUTRAL BASIS CONSTITUTE A PRETEXT FOR
THE COMMISSION OF INTENTIONAL DISCRIMINATION.

10.0 PLEADING FURTHER IN THE ALTERNATIVE, IN THE EVENT
THAT, NAD TO THE EXTENT THAT THE DEFENDANT ALLEGES ANY
GENDER NEUTRAL BASIS FOR SUCH ADVERSE EMPLOYMENT
ACTION, SUCH AS NEUTRALBASIS CONSTITUTE A PRETEXT FOR
THE COMMISSION OF THE INTENTIONAL DISCRIMINATION.

 11.0 PLEADING FURTHER IN THE ALTERNATIVE, THE
DEFENDANT INTENTIONALLY DISCRIMINATED AGAINST THE
PLAINTIFF BY THE CREATION OF AND OR ALLOWANCE OF A
HOSTILE WORK ENVIRONMENT BY ITS FAILURE TO PROVIDE A
SAFE WORK ENVIRONMENT. THE DEFENDANT FAILURE TO SEE
OTHER EMPLOYEES FOR NOT MEETING PRODUCTION QUOTAS
LATE AND TARDY BACK FROM BREAKS. DEFENDANT MONITORED
THE PLAINTIFF CONSTANTLY, TREATED UNFAIRLY, SINGLED
OUT AND THEN WRONGFULLY TERMINATED.

12.0 PLEADING FURTHER DEFENDANT INTENTIONALLY :
DISCRIMINTED AGAINST THE PLAINTIFF BY NOT GIVING THE
PLAINTIFF THE APPROPRIATETRAINING, TOOLS, AND SUPPORT
NEEDED IN ORDER TO ACHIEVE THE GOAL. DEFENDANT NEVER
GAVE THE PLAINTIFF A HANDBOOK. DEFENDANT PRIOR TO THE
PLAINTIFF TO START THE NEW POSITION NEVER TOLD THE
PLAINTIFF HER JOB TITLE. PLAINTIFF NEVER IN HER CAREER
BEEN A MACHINIST. THIS ACT WAS A INTENTIONAL ACT BY
ACT BY THE DEFNDANT TO CONSPIRE TOGETHER WITH STAFF
EMPLOYEES TO TERMINATE PLAINTIFF POSITION AND DENY
PLAINTIFF UNEMPLOYMENT BENEFITS. DEFENDANT WAS AWARE
THAT THE PLAINTIFF WAS RECEIVING UNEMPLOYMENT PRIOR
TO OFFERING PLAINTIFF A POSITION. THIS WAS A WORKPLACE
CONSPIRACY PLANNED BY THE DEFENDANT FROM DAY ONE
AGAINST PLAINTIFF.

13.0 PLEADING FURTHER THE ALTERNATIVE THE DEFENDANT
INTENTIONAL TERMINATION OF THE PLAINTIFF WAS MERELY
PRETEXT AND FALSE ABOUT THE PLAINTIFF IN THE BATHROOM
FOR 45 minutes WAS ANOTHER WITCHHUNT.

14.0 DEFENDANT INTENTIONALLY DISCRIMINATED AGAINST THE
PLAINTIFF BY NOT TAKING THE NECCESSARY STEPS NEEDED TO
DISCIPLINE PLAINTIFF OF WHAT WAS EXPECTED IN ORDER TO;
ACCOMPLISH THE GOAL. DEFENDANT NEVER VERBALLY OR IN
WRITING WARN THE PLAINTIFF ABOUT NOT MEETING THE GOAL.
DEFENDANT ACTED WITH MALICE BY TERMINATING PLAINTIFF

15.0 PLEADING FURTHER THE DEFENDANT ALLOWED AND HAD

FLOOR STAFF AND EMPLOYEES TO HARRASS PLAINTIFF WHILE

TRYING TO PERFORM HER WORK DUTIES. DEFENDANT INTENTIO-

NALLY CREATED A HOSTILE WORK ENVIRONMENT AGAINST HER.

THE LAW AMENDS TITLE VII AND THE ADA TO PERMIT JURY

TRIALS AND COMPENSATORY AND PUNITIVE DAMAGE AWARDS IN

INTENTIONAL DISCRIMINATION CASES.

SINCERELY,
CHELSEA CONNOR
207 E. SYCAMORE
LANE UNIT B
LONGVIEW,TEXAS
75604